IN THE U.S DISTRICT COURT CENTRAL ILLINOIS

STEVE PODKULSKI, PLAINTIFF
-VS-
SUPERINTENDANT INMAN, DEFENDANT'S
SUPERINTENDANT COX; OFFICER MARTIN
SGT FEVER; SHERIFF LIVINGSTON COUNTY;
COUNTY OF LIVINGSTON; JOHN DOE
NURSE; JOHN DOE HEALTH CARE PROVIDER, etal

CASE # 16-1173 CSB


FILED
MAY 26 2016
CLERK OF COURT
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

## COMPLAINT UNDER CIVIL RIGHTS ACT
## TITLE 42 SECTION 1983 U.S. Code

1. PLAINTIFF:  STEVE PODKULSKI  #B53394
   PO Box 112, Joliet IL 60434

II. DEFENDANTS:
   A.) ASSISTANT SUPERINTENDANT INMAN,
   TITLE: ASSISTANT SUPERINTENDANT - AM-PM 7-3 SHIFT  M-F
   PLACE OF EMPLOYMENT: LIVINGSTON COUNTY JAIL
   
   B.) SUPERINTENDANT COX  - AM-PM 7-3 SHIFT  M-F
       LIVINGSTON COUNTY JAIL
   
   C.) OFFICER MARTIN - AM-PM 7-3 SHIFT - FEMALE
       LIVINGSTON COUNTY JAIL
   
   D.) SGT FEVER - PM-AM 11-7 SHIFT
       LIVINGSTON COUNTY JAIL
   
   E.) JOHN DOE - SHERIFF OF LIVINGSTON COUNTY
       LIVINGSTON COUNTY GOVERNMENTAL COMPLEX
   
   F.) JOHN DOE - NURSE
       LIVINGSTON COUNTY JAIL

G.) JOHN DOE HEALTH CARE PROVIDER

   LIVINGSTON COUNTY JAIL

H.) COUNTY OF LIVINGSTON

   LIVINGSTON COUNTY GOVERNMENT COMPLEX

## PREVIOUSLY FILED LAWSUITS

| CASE #S | OPENED | CLOSED | CLAIMS | JUDGE | PODKULSKI-V- NAME OF CASE | DISPOSITION |
|---|---|---|---|---|---|---|
| 1. 99 CV 2853 | 4-30-99 | 3-21-01 | 8TH + 14TH | MORAN | GUINN | SETTLEMENT |
| ⊗ 2. 03CV 5924 | 9-4-03 | 9-4-03 | 8TH + 14TH | NORGLE | SNYDER | FAILURE TO STATE CLAIM ⊗ |
| 3. 03CV 50402 | 10-21-03 | 1-4-06 | 8TH + 14TH | REINHARD | SYLVESTER | SETTLEMENT |
| 4. 03CV 7307 | 10-24-03 | 6-13-06 | 8TH + 14TH | NORGLE | FOWLER | SETTLEMENT |
| 5. 04CV 3259 | 5-7-04 | 10-14-05 | 8TH + 14TH | NORGLE | BAIRD | SETTLEMENT |
| 6. 04CV 50216 | 5-7-04 | 3-7-07 | 8TH + 14TH | REINHARD | BURTON | SETTLEMENT |
| ⊗ 7. 07CV 1664 | 3-30-07 | 3-30-07 | 8TH + 14TH | NORGLE | WALKER | FAILURE TO STATE CLAIM ⊗ |
| 8. 07CV 2324 | 6-25-07 | 9-25-08 | 8TH + 14TH | NORGLE | WALKER | DISMISSED |
| 9. 07 CV 4636 | 8-16-07 | 1-08-08 | HABEAS | DER-YEGHIAYAN | WALKER | DISMISSED (HABEAS) |
| 10. 11-CV-102 | 3-7-11 | OPEN | 8TH + 14TH | LAPLANTE | GORDON | PENDING |
| 11. 13-CV-5438 | 7-30-13 | 8-7-13 | HABEAS | DER-YEGHIAYAN | ENGELSON | DISMISSED (HABEAS) |
| 12. 13-CV 1348 | 8-8-13 | OPEN | 8TH + 14TH | SHADID | NICHOLSON | PENDING |
| 13. 14 CV 9484 | 11-24-14 | 1-21-15 | HABEAS | DER-YEGHIAYAN | JOHNSON | DISMISSED (HABEAS) |
| 14. 14CV 10104 | 12-15-14 | 6-8-15 | 8TH + 14TH | NORGLE | WILLIAMS | DISMISSED |
| 15. 15CV 11548 | 12-18-15 | OPEN | 8TH + 14TH | NORGLE | OLSON | PENDING |
| 16. 15CV 11870 | 12-18-15 | OPEN | 8TH + 14TH | WOOD | MCNEAL HOSPITAL | PENDING |

III: LITIGATION HISTORY.

A) I HAVE NOT BROUGHT ANY OTHER LAWSUITS DEALING WITH THE SAME FACTS.

B) I ONLY HAVE TWO STRIKES AGAINST ME

IV  EXHAUSTION OF ADMINISTRATIVE REMEDIES.

A) THERE IS A GRIEVANCE PROCEDURE, AND I FILED AND APPEALED THE GRIEVANCES.

B) YES THE GRIEVANCE PROCESS IS COMPLETE.

-2-

## STATEMENT OF CLAIM

**CLAIM 1.** On or about 3-11-16 during news footage of the Chicago Trump rally being closed down because of the violent (+) uncivilized, a black inmate said "Fuck this racist shit, I run this deck and black people run the world. And fuck you to you 'white supremist' speaking to me." "I will fuck you in your ass" "I run this TV from now on and if anyone white has a problem with it fuck you."

At medication time approx 10:00 PM I attempted to inform Sgt Fever of the events. He told me "I don't care, if you want to make me do paperwork, it is you that I will make out as the bad guy and get into trouble." "Do you still want to complain." I said no then.

Defendant (D) Sgt Fever, 8th + 14th Amend violations, failed to protect me and placed me in harm.

**CLAIM 2.** Later that night at approx 4AM I was woken up by this inmate and another black inmate was looking out. The inmate who had started the trouble earlier in the day took my cane because I am disabled, then pushed it against my throat and told me to go into the bathroom or he would kill me. I went. When I entered the bathroom he pushed me down to the floor over the toilet and pulled my pants and diaper down and anally sexually assaulted me. Then said "I own you, you fucking white boy". Later in the morning or afternoon time I wrote a grievance emergency and tried to call the PREA telephone #. (Which did not work!) Supt Inman also constantly threatened me for filing grievances.

Defendants, (A) Supt Inman
(B) Supt Cox
(H) ©. County of Livingston
(E) ©. Sheriff of Livingston County

All violated my 1st, 8th, and 14th Amendment rights by failing to have proper protocols and training of there staff in dealing with

-3-

A PREA COMPLAINT/VIOLATION/ALLEGATION. I WAS LEFT ON A WING AFTER I COMPLAINED OF POSSIBLE SEX ASSAULT, THEN STILL LEFT AFTER I GRIEVED A SEX ASSAULT, NO PREA EXAM WAS DONE, NO PREA INTERVIEW WAS DONE, THEN THE PREA # THEY HAVE TO CALL FOR EMERGENCYS DOESNT EVEN WORK. AND I AND MY VICTIMIZER LEFT ON SAME WING.

CLAIM 3: ON OR ABOUT 3-12-16 OFFICER MARTIN AT APPROX 2:00PM WENT TO THE GYM WHERE EVERYONE FROM MY WING WAS AND TOLD ALL OF THEM THAT I FILED A PREA COMPLAINT AND SHE BELIEVED IT WAS "BULLSHIT". SHE THEN CAME TO ME AND TOLD ME "YOU ARE FULL OF SHIT, THIS ISNT FOR ME TO DEAL WITH, CALL THE PREA #". WHICH I TRIED SEVERAL TIMES WHICH STILL DIDNT WORK.

THIS OFFICER PLACED MY SAFETY AT RISK FURTHER AND REVEALED CONFIDENTIAL SUBJECT MATTER THAT I DID NOT WANT EVERYONE TO KNOW IT IS SHAMEFULL. FURTHERMORE SHE CALLED FOR NO PREA RAPE KIT OR PREA INTERVIEW. WHEN THE INMATES ARRIVED BACK ON WING THEY WERE ALL LAUGHING EXCEPT THE ONE I ACCUSED WHO SAID I WELL GET YOU TONIGHT. AND ONCE AGAIN AT APPROX 4AM I HAD TO ENDURE ANOTHER SEXUAL ASSAULT FOR FEAR OF MY LIFE. THIS OFFICER VIOLATED MY 8TH AND 14TH AMENDMENT RIGHTS. DEFENDANT (C)

CLAIM 4: ON OR ABOUT 3-14-16 I ADVISED JOHN DOE NURSE THAT I WAS SEXUALLY ASSAULTED TWO TIMES OVER THE WEEKEND. HE SAID "WHY ARE YOU TELLING ME, WRITE A GRIEVANCE, AND TALK TO THE SUPERINTENDANT, THAT HAS NOTHING TO DO WITH ME."

DEFENDANT (F) JOHN DOE NURSE - SHOWED DELIBERATE INDEFFERANCE TO A MEDICAL NEED AND FAILED TO FOLLOW PREA PROTOCALS. (VIOLATENG MY 8TH AND 14TH AMENDMENT RIGHTS.)

DEFENDENT (G) JOHN DOE HEALTH CARE PROVIDER - SHOWED DELIBERATE INDEFFERANCE AND FAILED TO PROPERLY TRAIN THERE STAFF ON HOW TO DEAL WITH A PREA VIOLATION (RAPE) NOW EVIDENCE THAT COULD BE USED CANNOT. BECAUSE OF THERE FAILURE TO TRAIN. (8TH AND 14TH AMEND VIOLATIONS)

-4-

## RELIEF REQUESTED

I am seeking $500,000.00 in compensatory damages joint and severally in thier indsvedual and ofetcal capacatses, and I am seeking, $1,000,000.00 in punative damages.

DATED: 3-19-16

/s/ [signature]

STEVE PODKULSKI   #B53394
PO Box 112
Joliet IL 60434

## JURY TRIAL DEMANDED

## CERTIFICATION

By signing this complaint, I certify that the facts stated in this complaint are true to my knowledge, information and belief. I understand that if this is not correct, I may be subject to sanctions by court

3-19-16
DATED

[signature]

STEVE PODKULSKI   #B53394
PO Box 112
Joliet IL 60434

5-9-16

TO: CLERK OF COURT - U.S DISTRICT CENTRAL ILLINOIS

FROM: STEVE PODKULSKI #B53394
PO Box 112
Joliet IL 60434

PLEASE BE ADVISED I HAVE ENCLOSED A "1983" COMPLAINT DATED 3-19-16.

THE REASON FOR THE DELAY IS.
1. I COULDNT GET COPIES
2. I COULDNT GET A TRUST PRINT OUT
3. I COULDNT GET A LARGE ENVELOPE.
*4. I WAS ON SUICIDE AND CRISES WATCH SEVERAL TIMES. x3

I HOPE THE COURT EXCEPTS MY APPOLOGIES AND ALLOWS THIS COMPLAINT TO BE FILED.
I WOULD HAVE SENT IT SOONER IF-IT WOULD HAVE BEEN POSSIBLE.

THANK YOU FOR YOUR TIME,

